**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**TRENTON VICINAGE**

| | |
|---|---|
| **ADAM WAY,** | |
| Plaintiff, | **Case NO. 3:20-cv-13646(AET) (TJB)** |
| v. | |
| **ARETE AUTOMOBILI CORPORATION and VITALY FARGESEN,** | |
| Defendants. | **AFFIDAVIT OF SERVICE** |

**Erin Kerrane**, being duly sworn, deposes and says:

1.      I am a paralegal with the law firm Nesenoff & Miltenberg, LLP. I am over eighteen years of age and not a party to this action.

2.      On August 10, 2021, I caused to be served on Defendants, Arete Automobili Corporation and Vitaly Fargesen, respectively, a copy of the August 9, 2021 Order on Motion to Be Relieved as Counsel from Magistrate Judge Tonianne J. Bongiovanni, District of New Jersey, by placing said documents into a postage-paid envelope, one copy via United States Postal Service, First Class Mail, and the other copy via United States Postal Service Certified and Return Receipt (tracking numbers: 7015 0640 0001 0233 4099 and 7015 0640 0001 0233 2279), and placing each envelope into a United States Postal Service mailbox, addressed as follows:

Arete Automobili Corporation
62 Winged Foot Drive, Manalapan, New Jersey 07726

Vitaly Fargesen
62 Winged Foot Drive, Manalapan, New Jersey 07726

Dated: August 11, 2021
   New York, New York

**Erin Kerrane**

Sworn to before me this __11th__ day of August, 2021



_____
           Notary Public

2