David W. Fassett (DWF 1636)
Gregory D. Jones (GDJ 5065)
ARSENEAULT & FASSETT, LLP
560 Main Street
Chatham, NJ 07928
(973) 635-3366
fassett@af-lawfirm.com

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
TRENTON VICINAGE

| | |
|---|---|
| ADAM WAY,<br><br>Plaintiff,<br><br>v.<br><br>ARETE AUTOMOBILI CORPORATION and VITALY FARGESEN,<br><br>Defendants. | Civil Action No. 20-13646 (AET) (TJB) |

**CERTIFICATION OF COUNSEL IN SUPPORT OF**
**MOTION TO ENFORCE LITIGANT'S RIGHTS**

DAVID W. FASSETT, of full age, certifies:

1. I am a partner in the law firm of Arseneault & Fassett, LLC, attorneys for Plaintiff. I have personal knowledge of the facts recited herein and respectfully submit this Certification in support of Plaintiff's motion to enforce litigant's rights under Federal Rule of Civil Procedure 69.

2. On March 11, 2022, the Court entered, on reconsideration, a superseding Final Judgment in favor of Plaintiff and against Defendants Arete Automobli Corporation ("Arete") and Vitaly Fargesen ("Fargesen") (collectively, "Defendants) in the amounts of $133,861.50 in principal damages, plus $85,000.00 in treble damages, plus $70,783.43 in reasonable attorneys' fees and costs, plus $2,649.46 in prejudgment interest, for a total judgment amount of $292,294.39 (the "Final Judgment"). [DE No. 32.]

3. By letter dated April 22, 2022, we served each Defendant with the Final Judgment and with an Information Subpoena pursuant to N.J.R. 6:7-2(b), as incorporated by Fed. R. Civ. P. 69, by both regular mail and certified mail. In accordance with N.J.R. 6:7-2(b), the letter and the Information Subpoenas demanded that each Defendant provide us with written responses thereto within 14 days; enclosed therewith a prepaid, self-addressed return envelope; and informed them that any failure to comply may result in their arrest and incarceration. Copies of that letter and the Information Subpoenas are attached hereto as Exhibit A.

4. The regular and certified mailings were sent to Fargesen's residence at 62 Winged Foot Drive, Manalapan, New Jersey 07726 (the "Fargesen Residence"). According to property records, Fargesen and his wife Beata Fargesen purchased the Fargesen Residence on October 7, 2020 for $599,000.00, and Fargesen purported to sell his interest in the Fargesen Residence to his wife Beata Fargesen on May 4, 2021 for $1.00. See Exhibit B hereto.

5. Additionally, on or around October 5, 2021, Fargesen was indicted and charged with securities fraud in the United States District Court for the Southern District of New York. See Exhibit C hereto. On October 5, 2021, that Court entered an Order releasing Fargesen on a $3 million personal recognizance bond secured by the Fargesen Residence. See Exhibit D hereto.

6. The certified mailing to the Fargesen Residence was unclaimed by Defendants and was returned to us by the Postal Service on May 12, 2022. See Exhibit E hereto. However, the regular mailing to the Fargesen Residence was not returned to me by the Postal Service and was presumably received by Defendants at that address.

7. The 14-day period for Defendants to provide us with written responses to the Information Subpoenas has expired. Neither we nor Plaintiff has received any response to the Information Subpoenas or any communication from Defendants regarding same.

8. Finally, the Final Judgment awarded Plaintiff both contractual interest accrued and reasonable attorneys' fees and costs incurred. Plaintiff respectfully requests that the Court award Plaintiff additional contractual interest accrued, and additional attorneys' fees and costs incurred, since the Final Judgment and permit Plaintiff's counsel to submit a certification delineating same.

9. I certify that the foregoing statements are true, and I understand that I am subject to punishment should those statements be willfully false.

/s/ David W. Fassett

Dated: May 13, 2022

# Exhibit A

ARSENEAULT & FASSETT, LLC

JACK ARSENEAULT
DAVID W. FASSETT

ATTORNEYS AT LAW

JOHN J. ROBERTS
ALSO ADMITTED IN NEW YORK

560 MAIN STREET
CHATHAM, NEW JERSEY 07928
(973) 635-3366
FAX (973) 635-0855
EMAIL info@af-lawfirm.com

GREGORY D. JONES

*Of Counsel:*
RICHARD H. CHAMPION
ADMITTED IN NEW YORK
ADMITTED IN MARYLAND
ADMITTED IN DISTRICT OF COLUMBIA

April 22, 2022

**CERTIFIED & REGULAR MAIL**

Arete Automobli Corp.
62 Winged Foot Drive
Manalapan, New Jersey 07726

Vitaly Fargesen
62 Winged Foot Drive
Manalapan, New Jersey 07726

**RE: Adam Way v. Arete Automobli Corporation and Vitaly Fargesen**
**Civil No. 20-13646 (AET) (TJB)**

Dear Mr. Fargesen:

We represent plaintiff Adam Way. Enclosed for service on you and your company are two Information Subpoenas, one directed to each of you, as well as the Final Judgment entered March 11, 2022. Please provide us with certified written responses to all questions contained in those Information Subpoenas within 14 days of your receipt of this letter. A stamped return envelope is enclosed.

Please be advised that any failure to comply, timely and fully, with the Information Subpoenas may result in your arrest and incarceration.

Very truly yours,

/s/ David W. Fassett

Enclosures

cc: Adam Way

**INFORMATION SUBPOENA AND WRITTEN QUESTIONS**
IMPORTANT NOTICE
PLEASE READ CAREFULLY
FAILURE TO COMPLY WITH THIS INFORMATION SUBPOENA
MAY RESULT IN YOUR ARREST AND INCARCERATION

David W. Fassett, Esq. (DWF 1636)
ARSENEAULT & FASSETT, LLC
560 Main Street
Chatham, NJ 07928
(973) 635-3366
Attorneys for Plaintiff Adam Way

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
TRENTON VICINAGE

| | |
|---|---|
| ADAM WAY,<br><br>Plaintiff,<br><br>v.<br><br>ARETE AUTOMOBLI CORP. and VITALY FARGESEN,<br><br>Defendants. | Civil Action No. 20-cv-13646<br><br>**INFORMATION SUBPOENA** |

THE UNITED STATES OF AMERICA, to:

ARETE AUTOMOBLI CORP.

Judgment has been entered against you in the United States District Court for the District of New Jersey on March 11, 2022, and docketed in the Superior Court of New Jersey, Law Division, on April 18, 2022, in the amount of $292,294.39, all of which, together with additional interest accrued from March 7, 2022 and additional attorneys' fees and costs incurred from February 14, 2022, remains due and unpaid.

Attached to this Information Subpoena is a list of questions that New Jersey Rules of Court 4:59-1(e) and 6:7-2(b)(1), as incorporated by Federal Rules of Civil Procedure 45 and 69(a), require you to answer within 14 days from the date you receive this Subpoena. If you do not answer the attached questions within the time required, the opposing party may ask the Court to conduct a hearing in order to determine if you should be held in contempt. You will be compelled to appear at the hearing and explain your reasons for your failure to answer.

If this judgment has resulted from a default, you may have the right to have this default judgment vacated by making an appropriate motion to the court. Contact an attorney or the clerk of the court for information on making such a motion. Even if you dispute the judgment you must answer all of the attached questions.

You must answer each question giving complete answers, attaching additional pages if necessary. False or misleading answers may subject you to punishment by the court. However, you need not provide information concerning the income and assets of others living in your household unless you have a financial interest in the assets or income. Be sure to sign and date your answers and return them to the address in the upper left-hand corner within 14 days.

ISSUING OFFICER SIGNATURE AND TITLE:

David W. Fassett, Esq.
ARSENEAULT & FASSETT, LLC
560 Main Street
Chatham, NJ 07928
(973) 635-3366
Attorneys for Plaintiff Adam Way

Dated: April 22, 2022

## Questions for Business Entity

1. Name of business including all trade names.

2. Address of all business locations.

3. If the judgment-debtor is a corporation, the names and addresses of all stockholders, officers and directors.

| Name | Address |
|---|---|
| | |
| | |
| | |

4. If a partnership, list the names and addresses of all partners.

| Name | Address |
|---|---|
| | |
| | |
| | |

5. If a limited partnership, list the names and addresses of all general partners.

| Name | Address |
|---|---|
| | |
| | |
| | |

6. If the judgment-debtor is a limited liability company, the names and addresses of all members.

| Name | Address |
|---|---|
| | |
| | |
| | |
| | |

7. Set forth in detail the name, address and telephone number of all businesses in which the principals of the judgment-debtor now have an interest and set forth the nature of the interest.

| Name | Address | Phone Number |
|---|---|---|
| | | |

Nature of Interest

| Name | Address | Phone Number |
|---|---|---|
| | | |

Nature of Interest

Information Subpoena and Written Questions - Questions for Business Entity

8. For all bank accounts of the judgment-debtor business entity, list the name of the bank, the bank's address, the account number and the name in which the account is held.

| Bank Name | Address |
|---|---|
| Account Number | Account Name |
| Bank Name | Address |
| Account Number | Account Name |
| Bank Name | Address |
| Account Number | Account Name |

9. Specifically state the present location of all books and records of the business, including checkbooks.

10. State the name and address of the person, persons, or entities who prepare, maintain and/or control the business records and checkbooks.

| Name | Address |
|---|---|
| | |
| | |

11. List all physical assets of the business and their location. If any asset is subject to a lien, state the name and address of the lienholder and the amount due on the lien.

| Asset | Location | |
|---|---|---|
| Lien ☐ Yes ☐ No | Lien holder name/address | Amount Due $ |
| Asset | Location | |
| Lien ☐ Yes ☐ No | Lien holder name/address | Amount Due $ |
| Asset | Location | |
| Lien ☐ Yes ☐ No | Lien holder name/address | Amount Due $ |

12. Does the business own any other real estate? If yes, state the following for each property: ☐ Yes ☐ No

(a) Name(s) in which property is owned

(b) Address of property | (c) Date property was purchased | (d) Purchase price $

(e) Name and address of mortgage holder | (f) Balance due on mortgage $

Information Subpoena and Written Questions - Questions for Business Entity

12. (g) The names and addresses of all tenants and monthly rentals paid by each tenant.

| Name | Address | Monthly Rent |
|---|---|---|
| | | $ |
| | | $ |
| | | $ |
| | | $ |
| | | $ |
| | | $ |

13. List all motor vehicles owned by the business, stating the following for each vehicle:

| (a) Make, model and year | (b) License plate number | (c) Vehicle identification number |
|---|---|---|
| | | |

| (d) If there is a lien on the vehicle, state the name and address of the lienholder | Amount due on lien |
|---|---|
| | $ |

14. List all accounts receivable due to the business, stating the name, address and amount due on each receivable.

| Name | Address | Amount Due |
|---|---|---|
| | | $ |
| | | $ |
| | | $ |
| | | $ |
| | | $ |
| | | $ |
| | | $ |

15. For any transfer of business assets that has occurred within six months from the date of this subpoena, specifically identify:

(a) The nature of the asset

(b) The date of transfer

(c) Name and address of the person to whom the asset was transferred

(d) The consideration paid for the asset and the form in which it was paid (check, cash, etc.)

(e) Explain in detail what happened to the consideration paid for the asset

Information Subpoena and Written Questions - Questions for Business Entity

16. If the business is alleged to be no longer active, set forth:
    (a) The date of cessation

    (b) All assets as of the date of cessation

    (c) The present location of those assets

    (d) If the assets were sold or transferred, set forth:
        1. The nature of the assets

        2. Date of transfer

        3. Name and address of the person to whom the assets were transferred

        4. The consideration paid for the assets and the form in which it was paid.

        5. Explain in detail what happened to the consideration paid for the assets:

17. Set forth all other judgments that you are aware of that have been entered against you and include:

| Creditor's Name | Creditor's Attorney | Amount Due |
| --- | --- | --- |
| | | $ |

| Name of Court | Docket Number |
| --- | --- |
| | |

| Creditor's Name | Creditor's Attorney | Amount Due |
| --- | --- | --- |
| | | $ |

| Name of Court | Docket Number |
| --- | --- |
| | |

Information Subpoena and Written Questions - Questions for Business Entity

| Creditor's Name | Creditor's Attorney | Amount Due |
|---|---|---|
| | | $ |
| Name of Court | Docket Number | |
| Creditor's Name | Creditor's Attorney | Amount Due |
| | | $ |
| Name of Court | Docket Number | |
| Creditor's Name | Creditor's Attorney | Amount Due |
| | | $ |
| Name of Court | Docket Number | |

18. For all litigation in which the business is presently involved, state:
(a) Date litigation commenced

(b) Name of party who started the litigation

(c) Nature of the action

(d) Names of all parties and the names, addresses and telephone numbers of their attorneys

Party Name

| Attorney Name | Attorney Address | Telephone Number |
|---|---|---|

Party Name

| Attorney Name | Attorney Address | Telephone Number |
|---|---|---|

Party Name

| Attorney Name | Attorney Address | Telephone Number |
|---|---|---|

(e) Trial date (f) Status of case

(g) Name of the court and docket number

Information Subpoena and Written Questions - Questions for Business Entity

19. State the name, address and position of the person answering these questions:

(a) Name

_______________________________________________

(b) Address

_______________________________________________

_______________________________________________

_______________________________________________

(c) Position

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

_______________ _______________________________

Date Signature

[Note: Former Appendix XI-K adopted June 29, 1990, effective September 4, 1990; amended July 14, 1992, effective September 1, 1992; redesignated as Appendix XI-L and amended July 13, 1994, effective September 1, 1994; amended July 28, 2004 to be effective September 1, 2004; amended July 22, 2014 to be effective September 1, 2014.]

**INFORMATION SUBPOENA AND WRITTEN QUESTIONS**
IMPORTANT NOTICE
PLEASE READ CAREFULLY
FAILURE TO COMPLY WITH THIS INFORMATION SUBPOENA
MAY RESULT IN YOUR ARREST AND INCARCERATION

David W. Fassett, Esq. (DWF 1636)
ARSENEAULT & FASSETT, LLC
560 Main Street
Chatham, NJ 07928
(973) 635-3366
Attorneys for Plaintiff Adam Way

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
TRENTON VICINAGE

| | |
|---|---|
| ADAM WAY,<br><br>Plaintiff,<br><br>v.<br><br>ARETE AUTOMOBLI CORP. and VITALY FARGESEN,<br><br>Defendants. | Civil Action No. 20-cv-13646<br><br>**INFORMATION SUBPOENA** |

THE UNITED STATES OF AMERICA, to:

VITALY FARGESEN

Judgment has been entered against you in the United States District Court for the District of New Jersey on March 11, 2022, and docketed in the Superior Court of New Jersey, Law Division, on April 18, 2022, in the amount of $292,294.39, all of which, together with additional interest accrued from March 7, 2022 and additional attorneys' fees and costs incurred from February 14, 2022, remains due and unpaid.

Attached to this Information Subpoena is a list of questions that New Jersey Rules of Court 4:59-1(e) and 6:7-2(b)(1), as incorporated by Federal Rules of Civil Procedure 45 and 69(a), require you to answer within 14 days from the date you receive this Subpoena. If you do not answer the attached questions within the time required, the opposing party may ask the Court to conduct a hearing in order to determine if you should be held in contempt. You will be compelled to appear at the hearing and explain your reasons for your failure to answer.

If this judgment has resulted from a default, you may have the right to have this default judgment vacated by making an appropriate motion to the court. Contact an attorney or the clerk of the court for information on making such a motion. Even if you dispute the judgment you must answer all of the attached questions.

You must answer each question giving complete answers, attaching additional pages if necessary. False or misleading answers may subject you to punishment by the court. However, you need not provide information concerning the income and assets of others living in your household unless you have a financial interest in the assets or income. Be sure to sign and date your answers and return them to the address in the upper left-hand corner within 14 days.

ISSUING OFFICER SIGNATURE AND TITLE:

David W. Fassett, Esq.
ARSENEAULT & FASSETT, LLC
560 Main Street
Chatham, NJ 07928
(973) 635-3366
Attorneys for Plaintiff Adam Way

Dated: April 22, 2022

Information Subpoena and Written Questions

## Questions for Individuals

1. Full Name

2. Address

| 3. Birth Date | 4. Social Security Number | 5. Driver's License Number | Exp. Date | 6. Telephone Number |
|---|---|---|---|---|
| | | | | |

7. Full name and address of your employer

(a) Your weekly salary Gross $_________ Net $_________

(b) If not presently employed, name and address of last employer

8. Is there currently a wage execution on your salary? ☐ Yes ☐ No

9. List the names, addresses and account numbers of all bank accounts on which your name appears.

| Bank Name | Address | Account Number(s) |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

10. If you receive money from any of the following sources, list the amount, how often, and the name and address of the source. (check all that apply)

☐ **Alimony**

| Amount & Frequency | Name of Source | Address |
|---|---|---|
| $ | | |

☐ **Loan Payments**

| Amount & Frequency | Name of Source | Address |
|---|---|---|
| $ | | |

☐ **Rental Income**

| Amount & Frequency | Name of Source | Address |
|---|---|---|
| $ | | |

☐ **Pensions**

| Amount & Frequency | Name of Source | Address |
|---|---|---|
| $ | | |

☐ **Bank Interest**

| Amount & Frequency | Name of Source | Address |
|---|---|---|
| $ | | |

☐ **Stock Dividends**

| Amount & Frequency | Name of Source | Address |
|---|---|---|
| $ | | |

☐ Other

| Amount & Frequency | Name of Source | Address |
|---|---|---|
| $ | | |

11. Do you receive any of the following, which are exempt from levy? Any levy on disclosed exempt funds may result in monetary penalties including reimbursement of the debtor's out-of-pocket expenses.

| | | | |
|---|---|---|---|
| Social Security benefits | ☐ Yes | ☐ No | Amount per month $________ |
| S.S.I. benefits | ☐ Yes | ☐ No | Amount per month $________ |
| Welfare benefits | ☐ Yes | ☐ No | Amount per month $________ |
| V.A. benefits | ☐ Yes | ☐ No | Amount per month $________ |
| Unemployment benefits | ☐ Yes | ☐ No | Amount per month $________ |
| Workers' Compensation benefits | ☐ Yes | ☐ No | Amount per month $________ |
| Child support payments | ☐ Yes | ☐ No | Amount per month $________ |

Attach copies of the three most recent bank statements for each account listed in Question 9 that contains funds from these sources.

12. Do you own the property where you reside? If yes, state the following: ☐ Yes ☐ No

| (a) Name of the owner or owners | (b) Date property was purchased | (c) Purchase price |
|---|---|---|
| | | $ |

| (d) Name and address of mortgage holder | (e) Balance due on mortgage |
|---|---|
| | $ |

13. Do you own any other real estate? If yes, state the following: ☐ Yes ☐ No

| (a) Address of property | (b) Date property was purchased | (c) Purchase price |
|---|---|---|
| | | $ |

(d) Name and address of all owners

| (e) Name and address of mortgage holder | (f) Balance due on mortgage |
|---|---|
| | $ |

(g) Names and address of all tenants, and monthly rental paid by each tenant

| Name | Address | Monthly Rent |
|---|---|---|
| | | $ |
| | | $ |
| | | $ |

14. Does the present value of your personal property, which includes automobiles, furniture, appliances, stocks, bonds, and cash on hand, exceed $1,000? ☐ Yes ☐ No
If the answer is "yes," you must itemize all personal property owned by you.

**Cash on Hand:** $____________

**Other personal property:** If financed, give name and address of party to whom payments are made.

| Item (include make, model, serial number) | Date Purchased | Purchase Price | If Financed, Balance Still Due | Present Value |
|---|---|---|---|---|
| | | $ | $ | $ |
| | | $ | $ | $ |
| | | $ | $ | $ |
| | | $ | $ | $ |
| | | $ | $ | $ |

Information Subpoena and Written Questions - Questions for Individuals

15. Do you own a motor vehicle? If yes, state the following for each vehicle owned: ☐ Yes ☐ No

(a) Make, model and year of motor vehicle

(b) If there is a lien on the vehicle, state the name and address of the lienholder | Amount due on lien $

(c) License plate Number | (d) Vehicle Identification Number

16. Do you have an ownership interest in a business? If yes, state the following with respect to each business: ☐ Yes ☐ No

(a) Name and address of the business

(b) Is the business a (select one)

☐ corporation ☐ sole proprietorship ☐ partnership ☐ limited liability company

(c) Name and address of all stockholders, officers, partners or members

| Name | Address |
| --- | --- |
| | |
| | |
| | |
| | |

(d) The amount of income received by you from the business during the last twelve months $________

17. Set forth all other judgments that you are aware of that have been entered against you and include:

| Creditor's Name | Creditor's Attorney | Amount Due |
| --- | --- | --- |
| | | $ |
| Name of Court | Docket Number | |
| Creditor's Name | Creditor's Attorney | Amount Due |
| | | $ |
| Name of Court | Docket Number | |
| Creditor's Name | Creditor's Attorney | Amount Due |
| | | $ |
| Name of Court | Docket Number | |
| Creditor's Name | Creditor's Attorney | Amount Due |
| | | $ |
| Name of Court | Docket Number | |
| Creditor's Name | Creditor's Attorney | Amount Due |
| | | $ |
| Name of Court | Docket Number | |

Information Subpoena and Written Questions - Questions for Individuals

| Creditor's Name | Creditor's Attorney | Amount Due |
| --- | --- | --- |
| | | $ |

| Name of Court | Docket # |
| --- | --- |
| | |

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

____________ ________________________
Date Signature

# Exhibit B

| Parties | Deed Date | Sale Price |
| --- | --- | --- |
| **Buyer:**<br>FARGESEN, BEATA<br>62 WINGED FOOT DRIVE<br>MANALAPAN, NJ<br>**Seller:**<br>FARGESEN, VITALY<br>62 WINGED FOOT DRIVE<br>MANALAPAN, NJ 07726 | 2021-05-04<br>Deed Recorded:<br>Book: 9510<br>Page: 4026<br>Class: residential | $1.00<br>($0.00 per ft$^2$)<br>Non-usable Sale for Assessment |
| **Buyer:**<br>FARGESEN, VITALY & BEATA<br>62 WINGED FOOT DRIVE<br>MANALAPAN, NJ<br>**Seller:**<br>GOLDSTEIN, BRADLEY & NICOLE<br>62 WINGED FOOT DRIVE<br>MANALAPAN, NJ 07726 | 2020-10-07<br>Deed Recorded:<br>Book: 9450<br>Page: 8429 | $599,000.00<br>($241.82 per ft$^2$)<br>Non-usable Sale for Assessment |
| **Buyer:**<br>GOLDSTEIN, BRADLEY & NICOLE<br>62 WINGED FOOT DRIVE<br>MANALAPAN, NJ<br>**Seller:**<br>SCHWARTZ, BRETT R & KAREN F<br>62 WINGED FOOT DRIVE<br>MANALAPAN, NJ 07726 | 2011-06-01<br>Deed Recorded:<br>Book: 8895<br>Page: 8354 | $462,500.00 |
| **Buyer:**<br>SCHWARTZ, BRETT R & KAREN F<br>62 WINGED FOOT DR<br>MANALAPAN, NJ<br>**Seller:**<br>POLIZZI, ANTONELLA<br>62 WINGED FOOT DRIVE<br>MANALAPAN, NJ 07726 | 2002-06-28<br>Deed Recorded:<br>Book: 8120<br>Page: 2880 | $403,000.00<br>($162.70 per ft$^2$) |


Book a farm?

# Exhibit C

**Department of Justice**
U.S. Attorney's Office
Southern District of New York

---

FOR IMMEDIATE RELEASE
Tuesday, October 5, 2021

# Two New Jersey Men Arrested And Charged With Securities Fraud For Scheme To Defraud Investors In Hemp Company

## Vitaly Fargesen and Igor Palatnik Misappropriated Approximately $4 Million of Investor Funds

Audrey Strauss, the United States Attorney for the Southern District of New York, and Michael J. Driscoll, the Assistant Director-in-Charge of the New York Office of the Federal Bureau of Investigation ("FBI"), announced the arrests of VITALY FARGESEN and IGOR PALATNIK, and unsealing of an Indictment charging FARGESEN and PALATNIK with securities fraud, wire fraud and related offenses in connection with their fraudulent scheme to defraud investors in CanaFarma Corp. and later CanaFarma Hemp Products Corp. (together "CanaFarma") by soliciting funds based upon false and misleading representations, failing to invest investor's funds as promised, manipulating the public stock price of CanaFarma, and secretly misappropriating millions of dollars of CanaFarma funds. The case is assigned to U.S. District Judge Loretta A. Preska.

Manhattan U.S. Attorney Audrey Strauss said: "Vitaly Fargesen and Igor Palatnik presented themselves as entrepreneurs developing a new business for an emerging industry. But, as alleged, Fargesen and Palatnik were just using the trappings of a start-up to run an old-time scam: lying to investors to take money for themselves."

F.B.I. Assistant Director-in-Charge Michael J. Driscoll said: "The defendants, as alleged, lured investors to CanaFarma by falsely representing the company's financials, manipulating their stock price, and misappropriating millions for their personal benefit. Just as a reminder to anyone who thinks they can manipulate people's investments in this way—that's simply not the case."

According to the allegations contained in the Indictment[1]:

From in or about March 2019 to in or about March 2020, CanaFarma was a privately-held Delaware corporation with offices in Manhattan, New York. Beginning on or about March 19, 2020, CanaFarma was listed on the Canadian Stock Exchange and beginning on or about March 23, 2020, CanaFarma was listed on the Frankfurt Stock Exchange. CanaFarma marketed itself to the investors as a "fully integrated cannabis company addressing the entire cannabis spectrum from seed to delivery of consumer products." FARGESEN and PALATNIK, who held themselves out as Senior Vice Presidents at CanaFarma, in fact exercised full control of CanaFarma, The men hid their control from the investing public by, among things, convincing an experienced businessman to falsely present himself to the market as the CEO of the company.

Using their control of CanaFarma, FARGESEN and PALATNIK devised and carried out a scheme to defraud CanaFarma's investors by soliciting more than $14 million in funds, including investments in private shares of CanaFarma, with false and misleading representations concerning the company's management, products, and financials, failing to invest investor's funds as promised, causing the manipulation of the public stock price of CanaFarma for the purposes of advancing the scheme to defraud investors and enriching themselves, and secretly misappropriating at least $4 million of CanaFarma funds for their own benefit.

FARGESEN and PALATNIK effectuated the scheme by: (a) purchasing a Canadian shell company through a straw purchaser; (b) directing the reverse merger of the shell company and CanaFarma to exercise secret control of the resulting publicly traded company; (c) controlling CanaFarma through a nominal Chief Executive Officer who reported to FARGESEN and PALATNIK; (d) supporting CanaFarma's stock price through manipulative trading; (e) attempting to artificially inflate CanaFarma's reported revenue; and (f) making false statements to CanaFarma's auditors.

* * *

FARGESEN, 52, and PALATNIK, 47, both of New Jersey, are each charged with one count of conspiracy to commit securities fraud, which carries a maximum sentence of five years in prison, one count of securities fraud, which carries a maximum sentence of 20 years in prison, one count of conspiracy to commit wire fraud, which carries a maximum sentence of 20 years in prison, and one count of wire fraud, which carries a maximum sentence of 20 years in prison. The maximum potential sentence in this case is prescribed by Congress and is provided here for informational purposes only, as any sentencing of the defendant will be determined by the judge.

Ms. Strauss praised the investigative work of the FBI and also thanked the Securities and Exchange Commission, which has filed a civil enforcement action against the defendants, for its assistance in the investigation.

The case is being overseen by the Office's Securities and Commodities Fraud Task Force. Assistant U.S. Attorneys Gina Castellano and Andrew Thomas are in charge of the prosecution.

The charges contained in the Indictment are merely accusations, and the defendants are presumed innocent unless and until proven guilty.

# Exhibit D

Proceeding via: ☐ Reutilization ☑ AT&T ☐ In Person

DOCKET No. 21CR602 ORIGINAL DEFENDANT Vitaly Fargesen

AUSA Gina Castellano

DEF.'S COUNSEL Jeffrey Lichtman
☑ RETAINED ☐ FEDERAL DEFENDERS ☐ CJA ☐ PRESENTMENT ONLY

☐ NONE INTERPRETER NEEDED

☐ DEFENDANT WAIVES PRETRIAL REPORT

☑ Brady Warning Given

☑ Rule 5 ☐ Rule 9 ☐ Rule 5(c)(3) ☐ Detention Hrg.

☐ Other: ____________

DATE OF ARREST 10/05/2021
TIME OF ARREST 0600AM
TIME OF PRESENTMENT 2:40PM

☐ VOL. SURR.
☐ ON WRIT

---

**BAIL DISPOSITION**

☐ SEE SEP. ORDER
☑ SEE TRANSCRIPT

☐ DETENTION ON CONSENT W/O PREJUDICE
☐ DETENTION: RISK OF FLIGHT/DANGER
☐ DETENTION HEARING SCHEDULED FOR: ____________
☑ AGREED CONDITIONS OF RELEASE
☐ DEF. RELEASED ON OWN RECOGNIZANCE
☑ $3,000,000 PRB ☑ 1 FRP
☑ SECURED BY $ ________ CASH/PROPERTY: home located at 62 Winged Foot Dr. Manalapan, NJ 07726
☑ TRAVEL RESTRICTED TO SDNY/~~EDNY~~/DNJ - travel to SDNY to meet with counsel and for court appearances only
☐ TEMPORARY ADDITIONAL TRAVEL UPON CONSENT OF AUSA & APPROVAL OF PRETRIAL SERVICES
☑ SURRENDER TRAVEL DOCUMENTS (& NO NEW APPLICATIONS)

☑ PRETRIAL SUPERVISION: ☐ REGULAR ☐ STRICT ☑ AS DIRECTED BY PRETRIAL SERVICES
☐ DRUG TESTING/TREATMT AS DIRECTED BY PTS ☐ MENTAL HEALTH EVAL/TREATMT AS DIRECTED BY PTS
☐ DEF. TO SUBMIT TO URINALYSIS; IF POSITIVE, ADD CONDITION OF DRUG TESTING/TREATMENT
☐ HOME INCARCERATION ☐ HOME DETENTION ☐ CURFEW ☐ STAND ALONE MONITORING
☐ LOCATION MONITORING TECHNOLOGY AS DIRECTED BY PTS ☐ GPS
☐ DEF. TO PAY ALL OF PART OF COST OF LOCATION MONITORING, AS DETERMINED BY PRETRIAL SERVICES

☐ DEF. TO CONTINUE OR SEEK EMPLOYMENT [OR] ☐ DEF. TO CONTINUE OR START EDUCATION PROGRAM
☑ DEF. NOT TO POSSESS FIREARM/DESTRUCTIVE DEVICE/OTHER WEAPON

☐ DEF. TO BE DETAINED UNTIL ALL CONDITIONS ARE MET
☑ DEF. TO BE RELEASED ON OWN SIGNATURE, PLUS THE FOLLOWING CONDITIONS: ____________
____________; REMAINING CONDITIONS TO BE MET BY: 10/15/2021

---

**ADDITIONAL CONDITIONS/ADDITIONAL PROCEEDINGS/COMMENTS:**

Defendant to surrender all firearms to local authorities
No discussions about this case with co-D outside the presence of counsel

Defendant advised by the Court of the right to be present, and consented to proceed by remote means.

☑ DEF. ARRAIGNED; PLEADS NOT GUILTY
☑ CONFERENCE BEFORE D.J. ON 10/18/21 11 a.m
☐ DEF. WAIVES INDICTMENT
☑ SPEEDY TRIAL TIME EXCLUDED UNDER 18 U.S.C. § 3161(h)(7) UNTIL 10/18/2021

For Rule 5(c)(3) Cases:
☐ IDENTITY HEARING WAIVED
☐ PRELIMINARY HEARING IN SDNY WAIVED
☐ DEFENDANT TO BE REMOVED
☐ CONTROL DATE FOR REMOVAL: ____________

---

PRELIMINARY HEARING DATE: ____________ ☐ ON DEFENDANT'S CONSENT

DATE: 10/05/2021

Katharine H Parker
UNITED STATES MAGISTRATE JUDGE, S.D.N.Y.

WHITE (original) - COURT FILE PINK - U.S. ATTORNEY'S OFFICE YELLOW - U.S. MARSHAL GREEN - PRETRIAL SERVICES AGENCY
Rev'd 2016

# Exhibit E

7017 3380 0000 7813 1975

**U.S. Postal Service™**
## CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees *(check box, add fee as appropriate)*
- ☐ Return Receipt (hardcopy) $ ______
- ☐ Return Receipt (electronic) $ ______
- ☐ Certified Mail Restricted Delivery $ ______
- ☐ Adult Signature Required $ ______
- ☐ Adult Signature Restricted Delivery $ ______

Postage
$

Total Postage and Fees
$

Postmark Here

*Sent To* Vitaly Fargesen

*Street and Apt. No., or PO Box No.* 62 Winged Foot Dr.

*City, State, ZIP+4®* Manalapan, NJ 07726

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

# USPS Tracking®

FAQs >

Track Another Package +

Remove ×

**Tracking Number:** 70173380000078131975

Your item could not be delivered on May 12, 2022 at 2:18 pm in ENGLISHTOWN, NJ 07726. It was held for the required number of days and is being returned to the sender.

Feedback

**USPS Tracking Plus® Available**

## Unclaimed/Being Returned to Sender

May 12, 2022 at 2:18 pm
ENGLISHTOWN, NJ 07726

**Get Updates**

**Text & Email Updates**

**Tracking History**