David W. Fassett (DWF 1636)
Gregory D. Jones (GDJ 5065)
ARSENEAULT & FASSETT, LLP
560 Main Street
Chatham, NJ 07928
(973) 635-3366
fassett@af-lawfirm.com

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
TRENTON VICINAGE

|  |  |  |
|---|---|---|
| ADAM WAY, | : | Civil Action No. 20-13646 (AET) (TJB) |
| Plaintiff, | : | |
| v. | : | |
| ARETE AUTOMOBILI CORPORATION and VITALY FARGESEN, | : | |
| Defendants. | : | |

**ORDER GRANTING MOTION**
**TO ENFORCE LITIGANT'S RIGHTS**

THIS MATTER having come before the Court on Plaintiff's motion to enforce litigant's rights against Defendants Arete Automobli Corporation and Vitaly Fargesen (collectively, "Defendants") under Federal Rule of Civil Procedure 69; and the Court having reviewed Plaintiff's submissions in support of that motion; and no opposition to that motion having been filed; and for good cause shown;

IT IS on this __3rd__ day of ___June_____, 2022,

ORDERED that the foregoing motion be, and hereby is, granted; and it is further

1

ORDERED that Defendants have violated the litigant's rights of Plaintiff by failing to comply with the Information Subpoenas served on Defendants by letter dated April 22, 2022; and it is further

ORDERED that Defendants shall serve on Plaintiff's counsel, by no later than ten (10) days after this Order is served on them, accurate and complete written responses as required by the Information Subpoenas; and it is further

ORDERED that if Defendants fails to timely serve such responses on Plaintiff's counsel, the Court may issue a warrant for Defendants' arrest without further notice to Defendants; and it is further

ORDERED that Defendants shall pay additional contractual interest accrued, and additional reasonable attorneys' fees and costs incurred, and that counsel for Plaintiff may file a Certification delineating such interest, fees and costs within __21__ days of the date of this Order.

s/Tonianne J. Bongiovanni
~~Honorable Anne E. Thompson, U.S.D.J.~~
Hon. Tonianne J. Bongiovanni, U.S.M.J.

[Docket Entry No. 33 is terminated].

2