# ARSENEAULT & FASSETT, LLC

JACK ARSENEAULT
DAVID W. FASSETT

*Of Counsel:*
RICHARD H. CHAMPION
ADMITTED IN NEW YORK
ADMITTED IN MARYLAND
ADMITTED IN DISTRICT OF COLUMBIA

ATTORNEYS AT LAW

560 MAIN STREET
CHATHAM, NEW JERSEY 07928
(973) 635-3366
FAX (973) 635-0855
EMAIL info@af-lawfirm.com

JOHN J. ROBERTS
ALSO ADMITTED IN NEW YORK

GREGORY D. JONES

June 23, 2022

## VIA ECF

Honorable Tonianne J. Bongiovanni, U.S.M.J.
Clarkson S. Fisher U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

RE:    **Way v. Arete Automobli Corp. and Vitaly Fargesen**
**Civil No. 20-13646 (AET) (TJB)**

Dear Judge Bongiovanni:

We represent Plaintiff Adam Way. We are filing herewith two Certifications of Counsel related to the Court's Order Granting Motion to Enforce Litigant's Rights filed June 3, 2022 (the "Enforcement Order"). [DE 35.]

The first Certification requests that the Court hold Defendants in civil contempt and issue an arrest warrant for Defendant Vitaly Fargesen for knowingly violating the Enforcement Order. Should a formal motion be required, please cause chambers to inform us.

The second Certification delineates the additional contractual interest accrued and attorneys' fees and costs incurred that were awarded by the Enforcement Order. Should a proposed form of order be required, please cause chambers to inform us.

We thank the Court for considering this submission.

Respectfully,

/s/ David W. Fassett

Enclosures

cc:    All Defendants (w/encl.) (Regular Mail)
       Adam Way