David W. Fassett (DWF 1636)
Gregory D. Jones (GDJ 5065)
ARSENEAULT & FASSETT, LLP
560 Main Street
Chatham, NJ 07928
(973) 635-3366
fassett@af-lawfirm.com

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
TRENTON VICINAGE

|  |  |  |
|---|---|---|
| ADAM WAY, | : | Civil Action No. 20-13646 (AET) (TJB) |
| Plaintiff, | : | |
| v. | : | |
| ARETE AUTOMOBILI CORPORATION and VITALY FARGESEN, | : | |
| Defendants. | : | |

**CERTIFICATION OF COUNSEL IN SUPPORT OF APPLICATION TO HOLD
DEFENDANTS IN CIVIL CONTEMPT AND TO ISSUE A WARRANT TO ARREST
DEFENDANT VITALY FARGESEN FOR KNOWINGLY VIOLATING THE COURT'S
ORDER GRANTING MOTION TO ENFORCE LITIGANT'S RIGHTS**

DAVID W. FASSETT, of full age, certifies:

1.     I am a partner in the law firm of Arseneault & Fassett, LLC, attorneys for Plaintiff. I have personal knowledge of the facts recited herein and respectfully submit this Certification in support of Plaintiff's application that the Court hold Defendants in civil contempt, issue an arrest warrant for Defendant Vitaly Fargesen ("Fargesen"), and direct the United States Marshal's Office to arrest Chahal for knowingly violating the Court's Order Granting Motion to Enforce Litigant's Rights filed June 3, 2022 (the "Enforcement Order"). [DE 35.]

2.     By letter dated June 3, 2022, I served Defendants with the Enforcement Order by both regular and certified mail.  Attached hereto as Exhibit A is a copy of my June 3, 2022 letter and the Enforcement Order sent by regular and certified mail.

3.     The regular and certified mailings were sent to Fargesen's residence at 62 Winged Foot Drive, Manalapan, New Jersey 07726 (the "Fargesen Residence").  According to property records, Fargesen and his wife Beata Fargesen purchased the Fargesen Residence on October 7, 2020 for $599,000.00, and Fargesen purported to sell his interest in the Fargesen Residence to his wife Beata Fargesen on May 4, 2021 for $1.00.  [DE 33-1 at p. 2 ¶ 4 and Exhibit B thereto.]

4.     Additionally, on or around October 5, 2021, Fargesen was indicted and charged with securities fraud in the United States District Court for the Southern District of New York.  [Id. at p. 2 ¶ 5 and Exhibit C thereto.]  On October 5, 2021, that Court entered an Order releasing Fargesen on a $3 million personal recognizance bond secured by the Fargesen Residence.  [Id. at p. 2 ¶ 5 and Exhibit D thereto.]

5.     The regular mailing to the Fargesen Residence was not returned to me by the Postal Service and was presumably received by Defendants at that address.  The certified mailing to the Fargesen Residence was unclaimed by Defendants.

6.     The Enforcement Order directed Defendants to serve on me, by no later than ten (10) days after service, accurate and complete written responses to the Information Subpoenas previously served on Defendants by letter dated April 22, 2022.  The deadline for compliance has passed, and Defendants have failed to provide any responses to the Information Subpoenas.  Nor have Defendants communicated with me or Plaintiff.

7.     I certify that the foregoing statements are true, and I understand that I am subject to punishment should those statements be willfully false.

Dated: June 23, 2022                                   /s/ David W. Fassett

# Exhibit A

# ARSENEAULT & FASSETT, LLC

JACK ARSENEAULT
DAVID W. FASSETT

*Of Counsel:*
RICHARD H. CHAMPION
ADMITTED IN NEW YORK
ADMITTED IN MARYLAND
ADMITTED IN DISTRICT OF COLUMBIA

ATTORNEYS AT LAW

560 MAIN STREET
CHATHAM, NEW JERSEY 07928
(973) 635-3366
FAX (973) 635-0855
EMAIL info@af-lawfirm.com

JOHN J. ROBERTS
ALSO ADMITTED IN NEW YORK

GREGORY D. JONES

June 3, 2022

## CERTIFIED & REGULAR MAIL

Arete Automobli Corp.
62 Winged Foot Drive
Manalapan, New Jersey 07726

Vitaly Fargesen
62 Winged Foot Drive
Manalapan, New Jersey 07726

RE:     **Adam Way v. Arete Automobli Corporation and Vitaly Fargesen**
        **Civil No. 20-13646 (AET) (TJB)**

Dear Mr. Fargesen:

We represent plaintiff Adam Way. Enclosed for service on you and your company is an Order Granting Motion to Enforce Litigant's Rights entered today. The Order compels you and your company to serve accurate and complete written responses to the Information Subpoenas previously served within ten (10) days; prescribes that, should you fail to do so, the Court may issue a warrant for your arrest without further notice to you; and awards my client additional interest accrued and attorneys' fees and costs incurred. I urge you to contact the undersigned immediately to resolve this matter. Please be guided accordingly.

Very truly yours,

/s/ David W. Fassett

Enclosure

cc:     Adam Way

David W. Fassett (DWF 1636)
Gregory D. Jones (GDJ 5065)
ARSENEAULT & FASSETT, LLP
560 Main Street
Chatham, NJ 07928
(973) 635-3366
fassett@af-lawfirm.com

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
TRENTON VICINAGE

| | |
|---|---|
| ADAM WAY,<br><br>        Plaintiff,<br><br>    v.<br><br>ARETE AUTOMOBILI CORPORATION<br>and VITALY FARGESEN,<br><br>        Defendants. | Civil Action No. 20-13646 (AET) (TJB) |

**ORDER GRANTING MOTION
TO ENFORCE LITIGANT'S RIGHTS**

THIS MATTER having come before the Court on Plaintiff's motion to enforce litigant's rights against Defendants Arete Automobli Corporation and Vitaly Fargesen (collectively, "Defendants") under Federal Rule of Civil Procedure 69; and the Court having reviewed Plaintiff's submissions in support of that motion; and no opposition to that motion having been filed; and for good cause shown;

IT IS on this ___3rd___ day of ___June___, 2022,

ORDERED that the foregoing motion be, and hereby is, granted; and it is further

1

ORDERED that Defendants have violated the litigant's rights of Plaintiff by failing to comply with the Information Subpoenas served on Defendants by letter dated April 22, 2022; and it is further

ORDERED that Defendants shall serve on Plaintiff's counsel, by no later than ten (10) days after this Order is served on them, accurate and complete written responses as required by the Information Subpoenas; and it is further

ORDERED that if Defendants fails to timely serve such responses on Plaintiff's counsel, the Court may issue a warrant for Defendants' arrest without further notice to Defendants; and it is further

ORDERED that Defendants shall pay additional contractual interest accrued, and additional reasonable attorneys' fees and costs incurred, and that counsel for Plaintiff may file a Certification delineating such interest, fees and costs within 21 days of the date of this Order.

s/Tonianne J. Bongiovanni
_____
~~Honorable Anne E. Thompson, U.S.D.J.~~
Hon. Tonianne J. Bongiovanni, U.S.M.J.

[Docket Entry No. 33 is terminated].

2