**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY
**(609) 989-2040**

CHAMBERS OF
**TONIANNE J. BONGIOVANNI**
UNITED STATES MAGISTRATE JUDGE

**U.S. COURTHOUSE**
402 E. STATE STREET, RM 6052
TRENTON, NJ 08608

July 12, 2022

<u>**LETTER ORDER TO SHOW CAUSE**</u>

Re:   <u>**Way v. Arete Automobili Corporation, et al.**</u>
      **Civil Action No. 20-13646 (GC)**

Dear Parties:

On June 3, 2022, the Court entered an Order granting Plaintiff's motion to enforce litigant's rights. (Docket Entry No. 35).   In same, the Court directed Defendants to serve "accurate and complete written responses as required by the Information Subpoenas" on Plaintiff's counsel within 10 days of being served with the Court's Order.   Order of 6/3/2022 at 2; Docket Entry No. 35.   Defendants were also ordered to "pay additional contractual interest accrued, and additional reasonable attorneys' fees and costs, incurred[.]"   *Id*.   Finally, Defendants were forewarned that if they failed to comply with the Court's Order, a warrant for their arrest might issue without further notice to them.   *Id*.

Plaintiff served a copy of the Court's Order of June 3, 2022 on Defendants via Regular and Certified Mail.   While the certified mailing went unclaimed, the regular mailing was not returned by the Postal Service, and, therefore, was presumably received by Defendants.   Despite being served by Plaintiff, Defendants did not respond to the Information Subpoena as ordered by the Court.   In light of the foregoing, Defendants are hereby **ordered to appear in person at 402 East State Street, Trenton, New Jersey 08606, Courtroom 6E on <u>August 11, 2022 at 11:30 a.m.</u>** to Show Cause why they should not be held in contempt until full and complete answers to the Information Subpoena at issue are furnished. Further, the Court also directs Defendants to submit a written submission explaining why they should not

be held in contempt by **August 5, 2022**.   In their written response, Defendants shall confirm that they have fully responded to the Information Subpoena.   If they haven't, they are directed to outline why their responses remain outstanding.   Defendants are cautioned that failing to comply with this Letter Order may result in a warrant being issued for their arrest, in addition to the imposition of both monetary and non-monetary sanctions.

**IT IS SO ORDERED.**

**IT IS FURTHER ORDERED THAT THE CLERK OF THE COURT SEND A COPY OF THIS LETTER ORDER TO SHOW CAUSE TO DEFENDANTS BY BOTH REGULAR MAIL AND CERTIFIED MAIL, RETURN RECEIPT REQUESTED TO THE FOLLOWING ADDRESS:**

> **Mr. Vitaly Fargesen**
> **62 Winged Foot Drive**
> **Manalapan, New Jersey 07726**

s/ Tonianne J. Bongiovanni
**TONIANNE J. BONGIOVANNI**
**United States Magistrate Judge**

2