**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEW JERSEY**

**(609) 989-2040**

CHAMBERS OF
**TONIANNE J. BONGIOVANNI**
**UNITED STATES MAGISTRATE JUDGE**

**U.S. COURTHOUSE**
402 E. STATE STREET, RM 6052
TRENTON, NJ 08608

August 12, 2022

**LETTER ORDER TO SHOW CAUSE**

Re:   **Way v. Arete Automobili Corporation, et al.**
      **Civil Action No. 20-13646 (GC)**

Dear Parties:

On July 12, 2022, the Court entered a Letter Order to Show Cause, which required Defendants to appear in person at 402 East State Street, Trenton, New Jersey 08608, Courtroom 6E on August 11, 2022 to show cause why they should not be held in contempt.  (Docket Entry No. 37).  Via the Letter Order to Show Cause, the Court also required Defendants to submit a written explanation by August 5, 2022, outlining why they should not be held in contempt.  (*Id*).  The Letter Order to Show Cause was served on Defendants by both Regular and Certified Mail by mailing it to Defendant Vitaly Fargesen's residence. Notably, this residence was used by Mr. Fargesen to secure a $3 million personal recognizance bond in an ongoing criminal matter pending against him in the United States District Court for the Southern District of New York.  (Cert. of Counsel; Docket Entry No. 36-1, ¶4).  While the certified mailing went unclaimed, the regular mailing was not returned by the Postal Service, and, therefore, was presumably received by Defendants.  Despite having been served with the Letter Order to Show Cause, Defendants neither submitted the required written explanation, nor appeared in person as directed.

Given Defendants' failure to appear, the show cause hearing did not go forward.   Instead, the Court held a brief telephone conference with Plaintiff's counsel regarding these proceedings.   While the Court appreciates Plaintiff's interest and eagerness in having this matter resolved, the Court decided to provide the Defendants with one final opportunity to respond to the Order to Show Cause and to appear in person.   Since Defendant Farsegen is represented by an attorney in the criminal matter, the Court invites Plaintiff's counsel to forward a copy of this and other relevant Orders to Defendant Farsegen's criminal defense counsel.   While the Court recognizes that defense counsel is not representing Defendant Farsegen in this matter and therefore not obligated to do so, perhaps defense counsel can persuade Mr. Farsegen that it is not in his best interest to ignore this Court's Orders or, at the very least, provide his client with a copy the Order[s].

It is hereby ORDERED that Defendants **appear in person at 402 East State Street, Trenton, New Jersey 08608, Courtroom 6E on <u>September 12, 2022 at 4:00 p.m.</u>** to Show Cause why they should not be held in contempt until full and complete answers to the Information Subpoena at issue are furnished. Further, by **<u>September 7, 2022</u>**, Defendants are also directed to submit a written explanation outlining why they should not be held in contempt.   In their written response, Defendants shall confirm that they have fully responded to the Information Subpoena.   If they have not fully responded, Defendants are directed to outline why their responses remain outstanding.  **<u>Defendants are cautioned that failing to comply with this Letter Order may result in a warrant being issued for their arrest, in addition to the imposition of both monetary and non-monetary sanctions.</u>**

**IT IS SO ORDERED.**

**IT IS FURTHER ORDERED THAT THE CLERK OF THE COURT SEND A COPY OF THIS LETTER ORDER TO SHOW CAUSE TO DEFENDANTS BY BOTH REGULAR MAIL AND CERTIFIED MAIL, RETURN RECEIPT REQUESTED TO THE FOLLOWING ADDRESS:**

> **Mr. Vitaly Fargesen**
> **62 Winged Foot Drive**
> **Manalapan, New Jersey 07726**

                     s/ Tonianne J. Bongiovanni
                   **TONIANNE J. BONGIOVANNI**
                   **United States Magistrate Judge**