**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| Adam Way,<br><br>    Plaintiff,<br><br> v.<br><br>Arete Automobili Corporation, et al.,<br><br>    Defendants. | Civ. No. 20-13646 (GC) (TJB)<br><br>**ORDER TO SHOW CAUSE** |

**CASTNER, District Judge**

 **IT IS** on this 9th day of December, 2022,

 **ORDERED** that the Court adopts the Honorable Tonianne J. Bongiovanni's Report and Recommendation (ECF No. 41) from October 24, 2022; and it is further

 **ORDERED** that Defendants must appear in person on **January 11, 2023, at 11:00 A.M.** at the Clarkson S. Fisher Building & U.S. Courthouse, 402 East State Street, Trenton, New Jersey 08608, Courtroom 4E and show cause why Defendants should not be held in contempt as set forth in the Report & Recommendation; and it is further

 **ORDERED** that the failure to appear will result in the issuance of an arrest warrant; and it is further

 **ORDERED** that Plaintiff shall serve Defendants with a copy of this Order to Show Cause by personal service and file an affidavit of service with the Court.

            *s/Georgette Castner*
            GEORGETTE CASTNER, U.S.D.J.