## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| ADAM WAY,<br><br>    Plaintiff,<br><br>v.<br><br>ARETE AUTOMOBILI CORPORATION,<br>and VITALY FARGESEN,<br><br>    Defendants. | Civ. No. 20-13646 (GC) (TJB)<br><br>**CONTEMPT ORDER** |

**CASTNER, District Judge**

For the reasons set for by the Court in the Show Cause Hearing on January 11, 2023,

**IT IS** on this 11th day of January, 2023,

**ORDERED** that Defendants, Arete Automobili Corporation and Vitaly Fargesen, are found to be in civil contempt; and it is further

**ORDERED** that an Arrest Warrant shall be issued for Mr. Fargesen's arrest, and he shall be held until such time as he complies with this Court's prior order requiring him to furnish full and complete answers to the Information Subpoena at issue.

*s/Georgette Castner*
GEORGETTE CASTNER, U.S.D.J

1