AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of New Jersey

ADAM WAY
v.

ARETE AUTOMOBILI CORPORATION AND VITALY FARGESEN

_Defendant_

)
)
)
)
)
)
)

Case No.    20-13646 (TJB) (GC)

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

_(name of person to be arrested)_    Vitaly Fargesen                                                          ,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment       ☐ Superseding Indictment       ☐ Information       ☐ Superseding Information       ☐ Complaint

☐ Probation Violation Petition       ☐ Supervised Release Violation Petition       ☐ Violation Notice       ☒ Order of the Court

This offense is briefly described as follows:
FAILURE TO COMPLY WITH COURT ORDERS AND TO APPEAR AT AN ORDER TO SHOW CAUSE HEARING.

Date:  01/11/2023

City and state:    Trenton, New Jersey

_Issuing officer's signature_

_Georgette Casiner, U.S.D.J._

| Return | |
|---|---|
| This warrant was received on _(date)_ _____enter date_____, and the person was arrested on _(date)_ _____enter date_____ at _(city and state)_ _____. | |
| Date: _____enter date_____ | _____ _Arresting officer's signature_ |
| | _____ _Printed name and title_ |

AO 442  (Rev. 11/11)  Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only
and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender:    Vitaly Fargesen

Known aliases:

Last known residence:       62 Winged Foot Drive, Manalapan, New Jersey 07726

Prior addresses to which defendant/offender may still have ties:

Last known employment:

Last known telephone numbers:

Place of birth:

Date of birth:      enter date

Social Security number:

Height:                                                Weight:

Sex:                                                   Race:

Hair:                                                  Eyes:

Scars, tattoos, other distinguishing marks:

History of violence, weapons, drug use:

Known family, friends, and other associates *(name, relation, address, phone number)*:

FBI number:

Complete description of auto:

Investigative agency and address:

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:

Date of last contact with pretrial services or probation officer *(if applicable)*:     enter date

Charged in unrelated criminal case: *United States of America v. Vitaly Fargesen and Igor Palatnik*, 21 CR. 602 (SDNY).