**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**MINUTES OF PROCEEDINGS**

**TRENTON**                                                    **February 2, 2023**
**OFFICE**                                                     **DATE OF PROCEEDINGS**

**JUDGE: TONIANNE BONGIOVANNI**
DIGITALLY RECORDED

**TITLE OF CASE**:                                            **20-CV-13646 (GC)**

ADAM WAY
     V.
ARETE AUTOMOBILI CORPORATION, et al.

**APPEARANCES:**

David Fassett, Esq., for plaintiff
Vitaly Fargesan, pro se defendant

**NATURE OF PROCEEDING:**

Contempt warrant executed by USM.
Defendant released and given until 2/16/2023 to comply with the Information Subpoena.
Any issues with production are to be submitted to this Court.
The date for Defendant's deposition will thereafter be set.

TIME COMMENCED:     10:14 a.m.
TIME ADJOURNED:     11:17 a.m.        s/ John Moller
TOTAL TIME:   1 HOUR AND 3 MINUTES        Deputy Clerk