AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of New Jersey

|  |  |  |
|---|---|---|
| ADAM WAY<br>v. | )<br>)<br>) | |
| | )<br>) | Case No.   20-13646 (TJB) (GC) |
| ARETE AUTOMOBILI CORPORATION AND VITALY<br>FARGESEN | )<br>) | |
| *Defendant* | | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     Vitaly Fargesen                                                                                    ,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment          ☐ Superseding Indictment          ☐ Information          ☐ Superseding Information          ☐ Complaint

☐ Probation Violation Petition          ☐ Supervised Release Violation Petition          ☐ Violation Notice          ☒ Order of the Court

This offense is briefly described as follows:
FAILURE TO COMPLY WITH COURT ORDERS AND TO APPEAR AT AN ORDER TO SHOW CAUSE HEARING.

Date:  01/11/2023

City and state:     Trenton, New Jersey

*Issuing officer's signature*

*Georgette Castner, U.S.D.J.*

---

### Return

| | |
|---|---|
| This warrant was received on *(date)* __01/11/2023__ *enter date*, and the person was arrested on *(date)* __2/2/2023__ *enter date* | |
| at *(city and state)* __TRENTON, NJ__. | |
| Date: __enter date 2/2/2023__ | *Arresting officer's signature* |
| Subject was seen by Judge Bongiovanni on Feb 2, 2023 & was released from court. | ANIQA TUMOLO, Deputy U.S. Marshal<br>*Printed name and title* |

AO 442  (Rev. 11/11)  Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender:   Vitaly Fargesen

Known aliases:

Last known residence:       62 Winged Foot Drive, Manalapan, New Jersey 07726

Prior addresses to which defendant/offender may still have ties:

Last known employment:

Last known telephone numbers:

Place of birth:

Date of birth:     enter date     9/4/1969

Social Security number:                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

Height:                                    Weight:

Sex:                                       Race:

Hair:                                      Eyes:

Scars, tattoos, other distinguishing marks:

History of violence, weapons, drug use:

Known family, friends, and other associates *(name, relation, address, phone number)*:

FBI number:

Complete description of auto:

Investigative agency and address:

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:

Date of last contact with pretrial services or probation officer *(if applicable)*:     enter date

Charged in unrelated criminal case: *United States of America v. Vitaly Fargesen and Igor Palatnik*, 21 CR. 602 (SDNY).

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| ADAM WAY,<br><br>          Plaintiff,<br><br>v.<br><br>ARETE AUTOMOBILI CORPORATION,<br>and VITALY FARGESEN,<br><br>          Defendants. | Civ. No. 20-13646 (GC) (TJB)<br><br>**CONTEMPT ORDER** |

**CASTNER, District Judge**

For the reasons set for by the Court in the Show Cause Hearing on January 11, 2023,

**IT IS** on this 11th day of January, 2023,

**ORDERED** that Defendants, Arete Automobili Corporation and Vitaly Fargesen, are found to be in civil contempt; and it is further

**ORDERED** that an Arrest Warrant shall be issued for Mr. Fargesen's arrest, and he shall be held until such time as he complies with this Court's prior order requiring him to furnish full and complete answers to the Information Subpoena at issue.

*s/Georgette Castner*
GEORGETTE CASTNER, U.S.D.J

1